IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| IN RE: § | |
| James Sheldon Golub § | |
| xxx-xx-6971 § | CASE NO. 06-60454 |
| Jill Ann Golub § | CHAPTER 7 |
| xxx-xx-7005 § | |
| 13127 CR 2131E, Henderson, TX 75672 § | |
| Debtors § | |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY**
**OF THE UNITED STATES BANKRUPTCY COURT**

I, Michael J. McNally, the undersigned Chapter 7 Trustee, certify that:

1. I am the duly qualified and acting Trustee in this case.

2. I have made distributions of the funds in this estate in accordance with the Trustee's Final Report and Proposed Distribution filed herein.

3. All final disbursement checks payable in this case have been cashed except for check number 3026 issued to Alltel in the amount of $188.92. A check in that amount has been attached hereto, payable to the Clerk of the U.S. Bankruptcy Court, for deposit in the U.S. Treasury.

5. The following is the last known mailing address which was used for the entity entitled to the following sums:

| Check # | Date Issued | Payee Name | Amount |
|---|---|---|---|
| 3026 | November 10, 2009 | Alltel | $188.92 |

Dated: February 16, 2010   By:   /s/ Michael J. McNally
                                        MICHAEL J. MCNALLY
                                        Chapter 7 Trustee
                                        PO Box 1080
                                        Tyler, TX 75710-1080
                                        Phone: (903) 597-6301
                                        Fax: (903) 597-6302